■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRELL J. GROOVER, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered June 21, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.